IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI, SOUTHERN DIVISION

| | | |
|---|---|---|
| BRITT GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:_____ |
| | ) | |
| VICTORY LAND GROUP, INC., AND | ) | |
| JEFF YAO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, Victory Land Group, Inc., by and through undersigned counsel, files this Notice of Removal of Civil Action in the above-captioned cause. Pursuant to 28 U.S.C. Sections 1441(a) and 1446, this Defendant hereby removes this action from the Circuit Court of Christian County, Missouri to the United States District Court in and for the Western District of Missouri, Southern Division, and hereby respectfully submits the following statement of grounds for this removal:

1.     On or about March 14, 2008, Plaintiff, Britt Gardner commenced this action against Victory Land Group, Inc. and Jeff Yao in the Circuit Court of Christian County, Missouri in Case Number 08CT-CV00279. Defendant, Victory Land Group, Inc. was served with summons and a copy of the Petition on April 8, 2008.

2.     The Petition in this cause is a civil action alleging the failure to pay sales commissions and also alleging fraudulent misrepresentations in which the amount sought to be recovered by Plaintiff, and therefore the matter in controversy, exceeds the sum of $75,000 exclusive of interests and costs.

3. That in said Petition, Plaintiff, Britt Gardner, alleges that he is a resident of the State of Missouri and that Defendant, Victory Land Group, Inc. is a corporation registered in the State of Illinois.

4. That Defendant, Victory Land Group, Inc. was incorporated in the State of Illinois and has its principal place of business in that state; and Defendant Jeff Yao, is a citizen and resident of the State of Illinois, thus there is complete diversity of parties. See attached Affidavit of Jeff Yao incorporated herein by reference as Exhibit "1".

5. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. 1332, and this action is removable to this Court pursuant to 28 U.S.C. Section 1441.

6. Defendant, Victory Land Group, Inc., will promptly file a Notice of Filing Notice of Removal with the Clerk of the Circuit Court of Christian County, Missouri.

7. Copies of all pleadings are attached as Exhibit "2".

DATED this ____of May, 2008.


**SHUGHART THOMSON & KILROY, P.C.**


By ___/s/ *Phillip R. Garrison*_____
      **Phillip R. Garrison**, MO Bar No.19372
      E-mail: pgarrison@stklaw.com
      **John M. Tyner**, MO Bar No. 58864
      E-mail: jtyner@stklaw.com
      901 E. St. Louis St., Suite 1200
      Springfield, MO 65806
      Telephone: 417-869-3353
      Telecopier: 417-869-9943

      *ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF MAILING

I hereby certify that a copy of the above and foregoing was delivered via U.S. Mail, postage prepaid, and facsimile transmission this 7th day of May, 2008, to:

Steve Garner
Rachel Dockery
STRONG-GARNER-BAUER, P.C.
415 E. Chestnut Expressway
Springfield, MO 65802
Fax No.: (417) 887-4385
*Attorneys for Plaintiff*

_____
Phillip R. Garrison